BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2797

FILED
AUG 0 8 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 2:13-CR-0269 KJM
                           )
        Plaintiff,         ) ORDER TO SEAL
                           ) (Under Seal)
    v.                     )
                           ) SEALED
LIDA AMIN, and             )
NABIL AMIN,                )
                           )
        Defendant.         )
_____)

The Court hereby orders that the Indictment, the Petition of Assistant U.S. Attorney Michael M. Beckwith to seal the indictment, and this Order, in the above-referenced case, shall be sealed until further order of this Court.

DATED: August 8, 2013

ALLISON CLAIRE
United States Magistrate Judge

3