BENJAMIN B. WAGNER
United States Attorney
MICHAEL M. BECKWITH
Assistant United States Attorneys
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2797

FILED
AUG 28 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LIDA AMIN, and <br> NABIL AMIN,, <br><br> Defendants. | Case No.  CR S 2:13-0269 KJM <br><br> [PROPOSED] ORDER <br> TO UNSEAL CASE |

**ORDER**

Upon application of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the arrest warrant, indictment, petition to seal, order, sealing order, and any other documents sealed pursuant to the Court's August 8, 2013, order for the captioned matter be UNSEALED.

Date: August 26, 2013

_____
HONORABLE EDMUND F. BRENNAN
United States Magistrate Judge