FILED
October 7, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13CR00269-KJM-2 |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| NABIL MOHAMMAD AMIN, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __NABIL MOHAMMAD AMIN__ , Case No. __2:13CR00269-KJM-2__ , Charge __18USC § 371, 952(a)(3), 981(a)(1)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __  __    Release on Personal Recognizance

    __  __    Bail Posted in the Sum of $_____

        __  __    Unsecured Appearance Bond

        __  __    Appearance Bond with 10% Deposit

        __  __    Appearance Bond with Surety

        __  __    Corporate Surety Bail Bond

    ✔    (Other)    __Pretrial conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 7, 2013__ at __2:00 pm__ .

By   /s/ Allison Claire/s/ Allison Claire
Allison Claire
United States Magistrate Judge

Copy 2 - Court