LAW OFFICES OF SCOTT L. TEDMON
A Professional Corporation
SCOTT L. TEDMON, CA. BAR # 96171
980 Ninth Street, 16th Floor
Sacramento, California 95814
Telephone: (916) 449-9985
Facsimile:  (916) 446-7104

Attorney for Defendant
NABIL MOHAMMAD AMIN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>NABIL MOHAMMAD AMIN,<br><br>Defendant. | Case No. 2:13-CR-00269-AC<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: EXONERATION OF SECURED BAIL; RETURN OF U.S. PASSPORT** |

The United States of America, by and through Assistant United States Attorney Michael M. Beckwith, and defendant Nabil Mohammad Amin, by and through counsel Scott L. Tedmon, hereby agree and stipulate to the exoneration of the secured bail for defendant Nabil Mohammad Amin.  The parties further agree and stipulate that defendant Nabil Mohammad Amin's U.S. Passport be returned to defendant Nabil Mohammad Amin or his attorney of record, Scott L. Tedmon   The basis for this stipulation is as follows:

1.  On October 7, 2013, defendant Nabil Mohammad Amin was ordered released on secured bail in the amount of $250,000.  On October 15, 2013, the deed of trust securing bail was filed with the Clerk of the Court.

2.  On October 8, 2013, as a condition of release defendant Nabil Mohammad Amin relinquished his U.S. Passport to the Clerk of the Court.

3.  On May 7, 2015, defendant Nabil Mohammad Amin was sentenced by the Honorable Allison Claire to two (2) years of formal probation, a fine of $1,000, and special assessment of $25.00.

4.  Defendant Nabil Mohammad Amin's case has now concluded and there is no longer a need for the secured bail previously posted to remain in effect.

5.  Defendant Nabil Mohammad Amin's case has now concluded and there is no longer a need for the Office of the Clerk for the United States District Court, Eastern District of California to retain possession of his U.S. Passport.   As such, defendant Nabil Mohammad Amin's U.S. Passport should be returned to defendant Nabil Mohammad Amin or his counsel of record, Scott L. Tedmon.

Based on the foregoing, the undersigned parties agree and stipulate the heretofore posted secured bail on behalf of defendant Nabil Mohammad Amin be exonerated.  The parties further agree and stipulate defendant Nabil Mohammad Amin's U.S. Passport be returned by the Clerk's Office for the United States District Court, Eastern District of California to defendant Nabil Mohammad Amin or his counsel of record, Scott L. Tedmon

**IT IS SO STIPULATED**.

DATED:  May 11, 2015

BENJAMIN B. WAGNER
United States Attorney

/s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant United States Attorney

---

Stipulation and [Proposed] Order

Case No. 2:13-CR-00269-AC

DATED:  May 11, 2015          LAW OFFICES OF SCOTT L. TEDMON

                              /s/ Scott L. Tedmon
                              SCOTT L. TEDMON
                              Attorney for Defendant Nabil M. Amin

## ORDER

   **GOOD CAUSED APPEARING** and based on the foregoing stipulation, it is

hereby ordered the secured bail posted on behalf of defendant Nabil Mohammad

Amin is hereby exonerated.

   It is hereby ordered that defendant Nabil Mohammad Amin's U.S. Passport

be returned by the Clerk's Office for the United States District Court, Eastern

District of California to defendant Nabil Mohammad Amin or his counsel of record,

Scott L. Tedmon.

**IT IS SO ORDERED.**

DATED:  May 11, 2015

                              _____
                              ALLISON CLAIRE
                              UNITED STATES MAGISTRATE JUDGE